```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 05205
   ERNEST GEORGE POWELL
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-1213
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/12/04 and confirmed on 04/15/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 14314.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| TRIAD FINANCIAL | SECURED | 7595.00 | 3053.26 | 7595.00 |
| AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| AOL SHOP DIRECT | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED PATHOLOGISTS/ | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED PATHOLOGISTS/ | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| AURORA ANESTHESIA | UNSECURED | NOT FILED | .00 | .00 |
| AURORA EMERGENCY ASSOCIA | UNSECURED | 872.56 | .00 | 87.26 |
| AURORA RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| BMG MUSIC SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| COMMUNITY COUNSELING CTR | UNSECURED | NOT FILED | .00 | .00 |
| COUNTRY LIFE INS CO | UNSECURED | NOT FILED | .00 | .00 |
| DREYER MEDICAL CLINIC | UNSECURED | 1153.24 | .00 | 115.32 |
| FAMILY COUNSELING SVC | UNSECURED | NOT FILED | .00 | .00 |
| HOUSEHOLD CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| J RICHARD GALLAGHER MD | UNSECURED | NOT FILED | .00 | .00 |
| MCI | UNSECURED | NOT FILED | .00 | .00 |
| NICKELODEON MAGAZINE | UNSECURED | NOT FILED | .00 | .00 |
| NORTH AURORA FIRE DEPT | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA MERCY CENTER | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA MERCY CENTER | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA MERCY CENTER | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA MERCY CENTER | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA MERCY CENTER | UNSECURED | NOT FILED | .00 | .00 |
| RESPIRATORY CONSULTANTS | UNSECURED | NOT FILED | .00 | .00 |

```
RIAZ BABER MD             UNSECURED            .00            .00           .00
RUSH COPLEY MEDICAL CENT  UNSECURED      NOT FILED            .00           .00
SBC AMERITECH             UNSECURED      NOT FILED            .00           .00
SPARKLING SPRING          UNSECURED      NOT FILED            .00           .00
SPRINT                    UNSECURED      NOT FILED            .00           .00
SURGICAL GROUP            UNSECURED      NOT FILED            .00           .00
T MOBILE                  UNSECURED         369.61            .00         36.96
WORLDCOM WIRELESS         UNSECURED      NOT FILED            .00           .00
TRIAD FINANCIAL           UNSECURED        8088.79            .00        808.88
TRIAD FINANCIAL           UNSECURED         625.00            .00         62.50
     Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED        OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 7595.00          .00     11109.20          .00     18704.20
PRINCIPAL PAID     7595.00          .00      1110.92          .00      8705.92
INTEREST PAID      3053.26          .00          .00          .00      3053.26
TOTAL PAID        10648.26          .00      1110.92          .00     11759.18
```

The Debtor's attorney, LEGAL HELPERS PC              , was allowed $  2200.00
and was paid $    400.00   direct and $   1800.00   through the plan.

The Trustee received $     573.81 .

Refunds to the Debtor totaled $    181.01 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


     Dated: 12/14/07                /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
            CASE NO. 04 B 05205 ERNEST GEORGE POWELL